1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Mr. Sanchez-Castellanos

8                    UNITED STATES DISTRICT COURT
9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )   Case No. 08mj1988
                                   )
12         Plaintiff,               )
                                   )
13 v.                              )
                                   )   **NOTICE OF APPEARANCE**
14 **RAMON SANCHEZ-CASTELLANOS,**  )
                                   )
15         Defendant.               )
                                   )

         Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                        Respectfully submitted,

Dated: July 2, 2008                      s/ *Michelle Betancourt*
                                        **MICHELLE BETANCOURT**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        michelle_betancourt@fd.org

1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Sanchez-Castellanos

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    Case No. 08mj1988
                                )
12          Plaintiff,           )
                                )
13 v.                            )    PROOF OF SERVICE
                                )
14 **RAMON SANCHEZ-CASTELLANOS**,)
                                )
15          Defendant.           )
                                )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20        Assistant United States Attorney
          efile.dkt.gc1@usdoj.gov;
21

22 Dated: July 2, 2008                       *s/ Michelle Betancourt*
                                            MICHELLE BETANCOURT
23                                          Federal Defenders
                                            225 Broadway, Suite 900
24                                          San Diego, CA 92101-5030
                                            (619) 234-8467 (tel)
25                                          (619) 687-2666 (fax)
                                            e-mail: michelle_betancourt@fd.org
26

27

28