FILED

08 JUL 15 PM 12:14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 2334 DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 545 - Importing Merchandise Subject to Seizure |
| RAMON SANCHEZ-CASTELLANOS, | |
| Defendant. | |

The grand jury charges:

On or about June 28, 2008, within the Southern District of California, defendant RAMON SANCHEZ-CASTELLANOS did knowingly and intentionally import and bring into the United States from Mexico certain merchandise, to wit, approximately 100 kilograms (approximately 220 pounds) of iodine, contrary to law, in that said merchandise had not been presented for inspection and declared as provided by Title 19, United States Code, Section 1461; in violation of Title 18, United States Code, Section 545.

DATED: July 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:nlv:San Diego
7/14/08