# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

08 CR 2334 -DMS

UNITED STATES OF AMERICA )  CASE NUMBER __08mj 1988__
)
vs )  ABSTRACT OF ORDER
)
Ramon Sanchez-Castellanos )  Booking No. _____
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7/18/08__
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $__20,000__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

RECEIVED
2008 JUL 18 P 2:14
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE JUDGE
CATHY ANN BENCIVENGO

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
_____ Deputy Clerk

Received _____
    DUSM

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY