1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4

5  Attorneys for Defendant

6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10                         **(HONORABLE BARBARA L. MAJOR)**

11 UNITED STATES OF AMERICA,      )    CASE NO. 08CR2334-DMS
                                  )
12              Plaintiff,        )
                                  )
13 v.                             )
                                  )    JOINT MOTION TO
14 RAMON SANCHEZ-CASTELLANOS,     )    MODIFY BOND CONDITIONS TO
                                  )    INCLUDE CENTRAL DISTRICT
15              Defendant.        )
   _____  )
16

17      **IT IS HEREBY STIPULATED** between the parties that the Conditions of Release for

18 Mr. Sanchez-Castellanos be modified to expand the travel conditions to include the Central District of

19 California.

20      **IT IS SO STIPULATED.**

21 DATED:     August 11, 2008            s/*Michelle Betancourt*
                                         **MICHELLE BETANCOURT**
22                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Mr. Sanchez-Castellanos
23

24 DATED:  August 11, 2008               s/ *Sherry W. Hobson*
                                         **SHERRY WALKER HOBSON**
25                                       Assistant United States Attorney

26      **IT IS SO ORDERED.**

27 DATED: _____           _____
                                         **HONORABLE BARBARA L. MAJOR**
28                                       United States Magistrate Judge

                                                                         08CR2334-DMS

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Sanchez-Castellanos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj1988 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF SERVICE |
| ) | |
| **RAMON SANCHEZ-CASTELLANOS**, ) | |
| ) | |
| Defendant. ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    efile.dkt.gc1@usdoj.gov;

Dated: August 11, 2008                  *s/ Michelle Betancourt*
                                                    MICHELLE BETANCOURT
                                                    Federal Defenders
                                                    225 Broadway, Suite 900
                                                    San Diego, CA 92101-5030
                                                    (619) 234-8467 (tel)
                                                    (619) 687-2666 (fax)
                                                    e-mail: michelle_betancourt@fd.org