**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR2334-DMS |
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION TO |
| RAMON SANCHEZ-CASTELLANOS, | ) | MODIFY BOND CONDITIONS TO INCLUDE CENTRAL DISTRICT; ORDER |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** between the parties that the Conditions of Release for Mr. Sanchez-Castellanos be modified to expand the travel conditions to include the Central District of California.

**IT IS SO STIPULATED.**

DATED: August 11, 2008      s/*Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Sanchez-Castellanos

DATED: August 11, 2008      s/ *Sherry W. Hobson*
**SHERRY WALKER HOBSON**
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: August 12, 2008

_____
HON. DANA M. SABRAW
United States District Judge

08CR2334-DMS